# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

St. Jude Medical, Puerto Rico, B.V., and, DAIG Corporation

Plaintiffs,

v.

Vascular Solutions, Inc.,

Defendant.

Civil Action No. 00-1587 RHK/JMM

**STIPULATED EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT PURSUANT TO F.R.C.P. 6(b)(1)**

Pursuant to Federal Rule of Civil Procedure 6(b)(1), the parties in the above-entitled action have agreed to an extension until August 24, 2000, for Defendant to answer or otherwise respond to the Complaint.

SO STIPULATED.

Dated: July 21, 2000

By: ______________________

Scott A. Benson (#198419)
Briol & Associates
3905 IDS Center
80 South 8th Street
Minneapolis, MN 55402
(612) 337-8410
Attorney for Defendant

Dated: July 21, 2000

By: ______________________

Lawrence J. Field (#0125775)
Leonard, Street & Deinard, P.A.
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
(612) 335-1500
Attorney for Plaintiffs

FILED JUL 24 2000
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

July 24, 2000

So ordered: ______________________

John M. Mason
U.S. Magistrate Judge