UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ST. JUDE MEDICAL INC., PUERTO RICO, B.V., and DAIG CORPORATION,

Plaintiffs,

v.

VASCULAR SOLUTIONS, INC.,

Defendant.

CIVIL NO. 00-1587 (RHK/JMM)

ORDER

The above matter came on for hearing before the undersigned on November 28, 2000 upon Defendant's Motion to Amend Answer and Counterclaim. [Docket No. 18]. Richard Stroup, Esq. appeared on behalf of Plaintiffs; James Gerlak, Esq. appeared on behalf of Defendant.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, for the reasons placed on the record, now makes and enters the following Order.

IT IS HEREBY ORDERED that Defendant's Motion to Amend Answer and Counterclaim [Docket No. 18] is denied without prejudice.

Dated: November 28, 2000

JOHN M. MASON
United States Magistrate Judge

NOV 29 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______