UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ST. JUDE MEDICAL INC., PUERTO RICO, B.V., and DAIG CORPORATION,

Plaintiffs,

v.

VASCULAR SOLUTIONS, INC.,

Defendant.

CIVIL NO. 00-1587 (RHK/JMM)

ORDER

The above matter came on for hearing before the undersigned on December 20, 2000 upon Defendant's Motion to Amend Answer and Counterclaim. [Docket No. 23]. Jill Bollettieri, Esq. and Christine Lehman, Esq. appeared on behalf of Plaintiffs; Scott Benson, Esq. and John Kappos, Esq. appeared on behalf of Defendant.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, for the reasons placed on the record, now makes and enters the following Order.

IT IS HEREBY ORDERED that Defendant's Motion to Amend Answer and Counterclaim [Docket No. 23] is granted. Defendant shall file and serve an Amended Answer and Counterclaim no later than December 29, 2000. Defendant's Motion is granted without prejudice to Plaintiffs' arguments regarding the merits of the additional counterclaims.

Dated: December 20, 2000

JOHN M. MASON
United States Magistrate Judge

DEC 20 2000