UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ST. JUDE MEDICAL, PUERTO RICO, B.V., AND DAIG CORPORATION,

Plaintiffs,

v.

VASCULAR SOLUTIONS, INC.,

Defendant.

CIVIL NO. 00-1587 (RHK/JMM)

ORDER

The above matter came on for hearing before the undersigned on April 3, 2001 upon Defendant's Motions for Protective Order [Docket No. 32] and to Compel Deposition [Docket No. 35]. Keith Moheban, Esq. and Christine Lehman, Esq. appeared on behalf of Plaintiff St. Jude Medical, Puerto Rico, B.V.; Scott Benson, Esq. and John Kappos, Esq. appeared on behalf of Defendant. There were no other appearances.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED:

1. Defendant's Motion for Protective Order [Docket No. 32] is granted as to Topic Nos. 1-21, 44, 45, 59 and 60 of Plaintiffs' Notice of Deposition dated February 27, 2001, and denied in all other respects.

2. Defendant's Motion to Compel Deposition [Docket No. 35] is denied for the reasons placed on the record.

Dated: April 3, 2001

JOHN M. MASON
United States Magistrate Judge

APR 03 2001
CLERK