IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
THIRD DIVISION

| | |
|---|---|
| ST. JUDE MEDICAL, PUERTO RICO, B.V. and DAIG CORPORATION<br><br>Plaintiffs/Counterclaim-Defendants,<br><br>v.<br><br>VASCULAR SOLUTIONS, INC.<br><br>Defendant/Counterclaim-Plaintiff. | CIVIL ACTION NO. 00-1587 RHK/JMM |

**STIPULATED DISMISSAL AND CONSENT JUDGMENT**

As a result of Plaintiffs and Defendant having executed a Settlement Agreement and upon the joint motion of the parties for stipulated dismissal and entry of a Consent Judgment, the following Consent Judgment shall be in full force and effect from this date forward.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that:

1. The Court has jurisdiction over the parties and the subject matter of this action.

2. U.S. Patent Nos. 5,275,616; B1 5,275,616; 5,591,205; 5,601,602; and 5,716,375 are valid and enforceable.

3. The Duett device manufactured and sold by Vascular Solutions infringes at least one claim of each of U.S. Patent Nos. 5,275,616; B1 5,275,616; 5,591,205; 5,601,602; and 5,716,375.

4. All counterclaims and defenses raised in this action by Defendant are dismissed with prejudice.

FILED JUL 18 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

5. Defendant acknowledges that U.S. Patent Nos. 5,275,616; B1 5,275,616; 5,591,205; 5,601,602; and 5,716,375 are valid and enforceable, and that it is precluded from challenging, directly or indirectly, the validity or enforceability of these patents in any court or tribunal or in the U.S. Patent and Trademark Office.

6. This Court retains jurisdiction to enforce this Order and Judgment and the Settlement Agreement.

7. Each party shall bear its own costs, fees and expenses.

8. This Consent Judgment and the Settlement Agreement of which it is a part, shall be in full and final satisfaction of all claims based on or arising out of the allegations pled by Plaintiffs St. Jude Medical Puerto Rico B.V. and Daig Corporation against Defendant Vascular Solutions, Inc. in this litigation, and all claims based on or arising out of the allegations pled by Defendant against Plaintiffs.

Dated: July 11, 2001

CONSENT BY ST. JUDE MEDICAL AND DAIG CORPORATION

By: ______________________

Richard L. Stroup
Christine E. Lehman
Jemy Soegeng
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
1300 I Street, N.W.
Washington, D.C. 20005-3315
(202) 408-4000

Lawrence J. Field
LEONARD, STREET & DEINARD, P.A.
150 South Fifth Street
Suite 2300

Minneapolis, MN 55402
(612) 335-1500
Attorneys for Plaintiffs St. Jude Medical, B.V.
and Daig Corporation

Dated: 7/13, 2001

CONSENT BY VASCULAR SOLUTIONS, INC.

By: John Kappos

John Kappos
James Geriak
LYON & LYON, LLP
1900 Main Street, Sixth Floor
Irvine, CA 92614

Scott A. Benson

BRIOL & ASSOCIATES
80 South 8th Street, Suite 3905
Minneapolis, MN 55402

Attorneys for Defendant Vascular Solutions, Inc.

Dated: 7/18, 2001

**IT IS SO ORDERED, ADJUDGED AND DECREED**

7/18/01

**United States District Judge**

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500